UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>GALINA KRAVCHENKO,<br><br>  Defendant. | NO. CR 09-159 MJP<br><br>DETENTION ORDER |

<u>Offenses charged</u>:

    Count 1:    Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C.§1349

    Counts 2-6    Bank Fraud, in violation of 18 U.S.C. §§ 1344(1) and (2)

    Counts 7-15:    Money Laundering, in violation of 18 U.S.C. § 1956(a)(1)(A)(1)

    Counts 17 and 19:    Willful Filing False Tax Returns, in violation of 26 U.S.C.§7206(1)

<u>Date of Detention Hearing</u>:  December 19, 2014

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.    Defendant has been an international fugitive from these charges using international protection for a long period of time.

2. Defendant has extensive contacts in Moldova, where her husband is hiding, and other areas of the world as well.

3. Defendant liquidated a substantial amount of assets before fleeing the United States. The location is unknown, but provides a basis for permitting her to flee.

4. Defendant is familiar with forged international travel documents, as she was in possession of forged Russian and Moldovan passports and travel documents and used those documents to avoid being sent back to the United States on the charges in the indictment.

5. There are no conditions or combination of conditions other than detention that will reasonably assure the appearance of defendant as required.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained and shall be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 19th day of December, 2014.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge